**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 3, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00654-CV**

---

**IN RE AIDA TIPTON, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 518,963**

---

## MEMORANDUM OPINION

On September 5, 2024, relator Aida Tipton filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Pamela Medina, presiding judge of the Probate Court No. 2 of Harris County, to vacate the trial court's August 16, 2024, order granting amended Rule 202 petition for deposition to investigate for potential claims.

On September 20, 2024, real party in interest Vickie Dempsey, individually and as executor of the estate of Michael Tipton, deceased ("RPI"), filed a motion to dismiss, arguing the petition for writ of mandamus is moot because RPI filed a dismissal of the Rule 202 petition in the trial court.

Because the record reflects that on September 17, 2024, RPI filed in the trial court a dismissal of RPI's Rule 202 petition, we grant RPI's motion to dismiss relator's petition for writ of mandamus as moot. Accordingly, we dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.